AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:19mj 518 | 8/26/2019 8:59am | Snap, Inc |

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Digital files containing contents from Snapchat account cOnn0wg0n14ter

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 JUN -8 PM 3:14
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/8/2020

_____
Executing officer's signature

FBI SA Patrick Corrigan
Printed name and title